WIRELESS MEDIA INNOVATIONS, LLC, Plaintiff–Appellant

v.

MAHER TERMINALS, LLC, Global Terminal & Container Services, LLC, Defendants–Appellees.

Nos. 2015–1634, 2015–1635.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

David P. Swenson, Farney Daniels PC, Minneapolis, MN, argued for plaintiff-appellant. Also represented by Steven R. Daniels, Georgetown, TX.

R.David Donoghue, Holland & Knight, LLP, Chicago, IL, argued for defendants-appellees. Also represented by Anthony

J. Fuga; Cindy Ngoc–Yen Pham, Denver, CO.

CHEN, CLEVENGER, and BRYSON, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**